UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KHAIRA N. ALI,

                    Plaintiff,

        v.

ELAINE C. DUKE, Acting Secretary of
Homeland Security, et al.,

                    Defendants.

CASE NO. 2:17-cv-1767-RAJ

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

        Plaintiff's application to proceed in forma pauperis (Dkt. 2) is **GRANTED**.  Plaintiff

may proceed without prepayment of costs or fees or the necessity of giving security therefore.

        The Clerk is directed to send a copy of this Order to plaintiff.

        DATED this 28th day of November, 2017.

                                        _____
                                        BRIAN A. TSUCHIDA
                                        United States Magistrate Judge