UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

KHAIRA N. ALI,

    Plaintiff,

v.

KIRSTJEN NIELSEN[1], Secretary, Department of Homeland Security, et al.,

    Defendants.

Case No. C17-1767 RAJ

STIPULATED MOTION FOR REMAND AND ORDER OF DISMISSAL

## JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE that U.S. Citizenship and Immigration Services (USCIS) will conduct an administrative interview of Plaintiff on February 15, 2018, at 11:00am. The parties further stipulate and agree that Plaintiff's application be remanded to USCIS for adjudication and issuance of a decision within fifteen (15) days of the administrative interview. The parties further stipulate and agree that the Court may make and enter an order dismissing this case without prejudice and without costs or fees to either party.

//

---

[1] On December 6, 2017, Kirstjen Nielsen became the Secretary of the U.S. Department of Homeland Security. Therefore, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Kirstjen Nielsen is substituted for Elaine Duke as a defendant in this case.

STIPULATED MOTION FOR REMAND AND ORDER OF DISMISSAL
[Case No. C17-1767 RAJ] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED**.

Dated this 8th day of February, 2018.

    *s/Bart Klein*
BART KLEIN, WSBA No. 10909
Law Offices of Bart Klein
605 First Avenue South, Suite 500
Seattle, Washington 98104
Phone: 206-624-3787
Email: bart.klein@bartklein.com

Attorney for Plaintiff

**SO STIPULATED**.

Dated this 8th day of February, 2018.

ANNETTE L. HAYES
United States Attorney

    *s/Christina Fogg*
CHRISTINA FOGG, WSBA No. WSBA #40159
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
E-mail: christina.fogg@usdoj.gov

Attorneys for Defendants

## **ORDER**

The parties having so stipulated, IT IS SO ORDERED. The case is hereby dismissed without prejudice and without costs or fees to either party.

Dated this 14th day of February, 2018.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION FOR REMAND AND
ORDER OF DISMISSAL
[Case No. C17-1767 RAJ] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970